NUMBER 13-04-000343-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

IN RE ARMANDO RODRIGUEZ
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Garza, and Wittig


 
Memorandum Opinion Per Curiam

         Relator Armando Rodriguez filed a “motion to compel trial court to produce trial
records to pro-se petitioner” on July 6, 2004. This motion was not filed in accordance
with any pending appeal and, accordingly, the Court will construe the same as an
original proceeding. 
         The Court, having examined and fully considered the petition for writ of
mandamus, is of the opinion that relator has not shown himself entitled to the relief
sought. See generally Tex. R. App. P. 52. The petition fails to attach any of the
referenced underlying documentation and fails to establish that the district court: (1)
had a legal duty to perform a nondiscretionary act, (2) was asked to perform the act,
and (3) failed or refused to do so. See In re Chavez, 62 S.W.3d 225, 228 (Tex.
App.–Amarillo 2001, orig. proceeding). Accordingly, the petition for writ of
mandamus is hereby DENIED.
         
                                                                        PER CURIAM


Memorandum opinion delivered and filed
this 9th day of July, 2004.